AO 91 (Rev. 5//85) Criminal Compl..

# United States District Court

FOR THE **DISTRICT OF** PUERTO RICO

UNITED STATES OF AMERICA

v.

JOHN DOE also known as JUAN
CARLOS ARCE VALENTIN
    Defendant
(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CRIMINAL NO 04- **412** (M)

I, the undersigned complainant, being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about <u>December 7, 2004, in San Juan, Puerto Rico</u> in the <u>Judicial District of Puerto Rico,</u> John Doe, also known as Juan Carlos ArceValentin, the defendant herein, did, (Track Statutory Language of Offense) **unlawfully, knowingly and intentionally possess with the intent to distribute**, approximately, 7.06 Kilograms (gross weight), of marihuana, a Schedule I, Controlled Substance, and 0.172 of a kilogram of Schedule II, Narcotic Drug Controlled Substance Cocaine in violation of **Title 21, United States Code, § 841(a)(1)** and did possess firearms, that is, one Intratec 9mm caliber submachine gun pistol, serial No. 012,7239, one nickel plated 9mm. caliber Ruger pistol, serial number 308-49965, one Olympic Arms Rifle, caliber .223, Model M-4, serial number T6281, one AK-47 type caliber 7.62 x 39, serial number 5161, One AK-47 type, fully automatic rifle, caliber 7.62 x 39 with stock removed and serial number DP7813, and 341 rounds of 7.62 x .39 caliber ammunition, 336 rounds of 9mm ammunition, 837 rounds of .223 caliber ammunition and one .38 caliber bullet, **in furtherance of a drug trafficking crime for which a person may be prosecuted in a court of the United States,** that is the two aforementioned violations to Title 21, United States Code, §841(a)(1) violations. All in violation of **Title 18, United States Code, Sections 924(c)(1) and 922(o).**

I further state that I ,<u>Luis A. Moulier , am a Special Agent of the United States Federal Bureau of Investigation</u> and that this complaint is based on the following facts:

**SEE ATTACHED AFFIDAVIT**

This complaint was authorized by A.U.S.A. Antonio R. Bazán, 117907, on December 7, 2004  <u>Bond Recommendation.</u> **Detention without bail**

_____
Antonio R. Bazán 117907

Continued on the attached sheet and made a part hereof:  X  Yes  __ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,
on December 7, 2004, at _____
<sub>Date</sub>

Hato Rey, Puerto Rico
City and State

_____
Justo Arenas
UNITED STATES MAGISTRATE-JUDGE
Name & Title of Judicial Officer

_____
Justo Arenas
United States Magistrate-Judge
Signature of Judicial Officer