# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS
HONORABLE JUAN M. PEREZ-GIMENEZ                    Date: July 6, 2007
COURTROOM DEPUTY: Omar FLAQUER              **CR NO: 04-414-10 (PG)**
COURT REPORTER: Joyce DEL VALLE
COURT INTERPRETER: Annie FLORES

Attorneys:

UNITED STATES OF AMERICA              AUSA Antonio BAZAN

v.

[10] OMAR CORTEZ-RIVERA               Wilfredo RIOS MENDEZ

The defendant is present in court.  He is under custody.

CASE CALLED FOR SENTENCE.

**IT IS THE JUDGMENT OF THE COURT** as to count Six (6).

**TOTAL TERM OF IMPRISONMENT: Three Hundred (300) months to be served concurrently with any other sentence that he is currently serving.**

**SUPERVISED RELEASE TERM: FIVE (5) years.**

Fine: N/A  Restitution: N/A. Special monetary assessment: $100.00.

All terms and conditions are specified in the judgment form. The defendant is advised of his right to appeal, etc. The defendant waived his right to appeal.

Count Five (5) is ordered dismissed.

S/ ***Omar Flaquer Mendoza***
Omar Flaquer Mendoza
Case Manager/Courtroom Deputy Clerk