IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**OMAR CORTEZ-RIVERA,**
    Petitioner,

v.

**UNITED STATES OF AMERICA,**
    Respondent.

CIVIL NO. 09-1027(PG)
RELATED CRIM. 04-414(PG)

## JUDGMENT

For the reasons set forth in our Opinion and Order of even date, it is hereby **ORDERED AND ADJUDGED** that **PETITIONER OMAR CORTEZ-RIVERA's** request for habeas relief under 28 U.S.C. Sec. 2255 **(Docket No. 1)** is **DENIED** and his Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. Sec. 2255 is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 20th of March, 2012.

*/s/ Juan M. Pérez-Giménez*
JUAN M. PEREZ-GIMENEZ
SENIOR U.S. DISTRICT JUDGE